UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-0150 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ANDREA W. WHITE | * | MAG. JUDGE KAREN L. HAYES |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for waiver of indictment, administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a plea hearing and allocution of the defendant, Andrea W. White, on August 13, 2014.  Defendant was present with her counsel, Mr. Michael Dawkins.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that her waiver of indictment and plea of guilty are knowing and voluntary, and her guilty plea to Counts One and Two of the Bill of Information is fully supported by a written factual basis for each of the essential elements of the offenses.  Therefore,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant, Andrea W. White, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Andrea W. White be finally adjudged guilty of the offenses charged in  Counts One and Two of the Bill of Information.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and F.R.C.P. Rule 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof.  A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing.  Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

In Chambers, at Monroe, Louisiana, this 13th day of August 2014.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE